PAT LUNDVALL
Nevada Bar No. 3761
RORY T. KAY
Nevada Bar No. 12416
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant Etsy Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANTANA CLINE<br>dba The Dark Monkey,<br><br>Plaintiff,<br><br>v.<br><br>ETSY, INC.; ELLIOT FISHER; BRAD CAMPDEN; JENNIFER MOUNTAIN DENTZ; DT FASHION, LLC; PETER EZANIDIS; MARIA WALKER; JOHN DOE 1-1000, et al.<br><br>Defendants. | Case No. 2:15-cv-02115-JCM-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT ETSY, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>[FIRST REQUEST] |

Pursuant to Local Rules 6-2 and 7-1, the parties hereto, by and through the undersigned, hereby STIPULATE that the deadline for Defendant Etsy, Inc. ("Etsy") to respond to Plaintiff Santana Cline d/b/a/ Dark Monkey's ("Cline") Amended Complaint is extended to and through **Monday, January 18, 2016**.

Cline served Etsy with a copy of the Amended Complaint on November 30, 2015. Accordingly, the current deadline for Etsy to file its response is December 21, 2015. Etsy recently retained Nevada counsel in this matter. Because of the holidays and the travel associated therewith, Etsy's counsel will not have time to conduct the reasonable inquiry required by FRCP 11 before the current deadline.

The stipulation is entered in good faith and not for purposes of delay. The parties have not requested any previous extensions of time for Etsy to respond to the amended complaint.

RESPECTFULLY SUBMITTED this 21st day of December, 2015.

| PLAINTIFF | McDONALD CARANO WILSON LLP |
|---|---|
| By: /s/ Santana J. Cline<br>8243 Chippenham Drive<br>Dublin, Ohio 43016<br>Telephone: 614.339.4409<br><br>*Pro Se* | By: /s/ Rory T. Kay<br>Pat Lundvall (#3761)<br>Rory T. Kay (#12416)<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>E-mail: plundvall@mcdonaldcarano.com<br>rkay@mcdonaldcarano.com<br><br>*Attorneys for Defendant Etsy, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 21st day of December, 2015, I served a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING DEFENDANT ETSY, INC.'S DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

**[FIRST REQUEST]**

by depositing said copies in the United States Mail, postage prepaid thereon, and via electronic mail upon the following:

Santana Cline
8243 Chippenham Drive
Dublin, Ohio  43016
*pro se*

/s/ Sally Wexler
An employee of McDonald Carano Wilson LLP

348745