UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANTANA CLINE,<br><br>                              Plaintiff(s),<br><br>    v.<br><br>ETSY, INC., et al.,<br><br>                              Defendant(s). | Case No. 2:15-CV-2115 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Cline v. Etsy Inc. et al*, case no. 2:15-cv-02115-JCM-VCF.

On May 23, 2016, this court adopted Judge Ferenbach's report and recommendation, thereby staying this case pending the conclusion of arbitration. (ECF No. 43); *see* (ECF No. 40). On May 24, 2017, this court granted defendant Brad Campden's motion to set aside clerk's entry of default. (ECF No. 55). Since that date, no party has submitted any filings with this court. The court orders the parties to file a joint status report indicating the status of the current action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED April 5, 2018.

                                                                              /s/ James C. Mahan
                                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**