UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANTANA CLINE, | Case No. 2:15-CV-2115 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| ETSY, INC., et al., | |
| Defendant(s). | |

Presently before the court is defendant Etsy Inc.'s motion to dismiss. (ECF No. 60). Plaintiff has not filed a response, and the time for doing so has since passed.

Also before the court is defendant Brad Campden's motion to dismiss. (ECF No. 64).

On May 23, 2016, this court adopted Judge Ferenbach's report and recommendation, thereby staying this case pending the conclusion of arbitration. (ECF No. 43); *see* (ECF No. 40). On May 24, 2017, this court granted defendant Brad Campden's motion to set aside clerk's entry of default. (ECF No. 55). On April 5, 2018, the court ordered the parties to submit a joint status report within thirty days. (ECF No. 56).

On April 18, 2018, defendant Etsy Inc. filed a motion to dismiss, indicating that plaintiff has not taken action to prosecute her case within the last 700 days. (ECF No. 60). Plaintiff has not responded to the motion.

"Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52. In *Ghazali*, defendants filed a motion to dismiss. *Id.* at 53. Plaintiff, who represented himself *pro se*, failed to oppose defendant's motion. *Id.* at 54. The court granted defendant's motion based on plaintiff's failure to file an opposition. *Id.* at 53. The Ninth Circuit

**James C. Mahan**
**U.S. District Judge**

upheld the decision of the district court. *Id.* at 54. "[P]ro se litigants are bound by the rules of procedure. [Plaintiff] did not follow them, and his case was properly dismissed." *Id.*

"Before dismissing an action [for failure to follow local rules], the district court is required to weigh several factors: '(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.'" *Id.* (quoting *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986)).

Here, as plaintiff has not opposed the motion to dismiss, she has consented to the granting of the motion. LR 7-2(d). Further, the *Ghazali* factors favor dismissal of plaintiff's complaint. *See* 46 F.3d at 54. Plaintiff refused to participate in the arbitration process, and has not prosecuted her case for the last 700 days. Plaintiff's failure to appear in this case for over two years prejudices defendants and strains the court's ability to manage its docket. *See id.* In addition, the court has reviewed defendant Etsy Inc.'s motion, and the motion presents meritorious arguments that favor dismissal of plaintiff's complaint.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Etsy Inc.'s motion to dismiss (ECF No. 60) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all of plaintiff's claims in this action be, and the same hereby are, DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that defendant Campden's motion to dismiss (ECF No. 64) be, and the same hereby is, DENIED as moot.

The clerk shall enter judgment accordingly and close the case.

DATED May 7, 2018.

_____
UNITED STATES DISTRICT JUDGE