UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SANTANA CLINE, | Case No. 2:15-CV-2115 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ETSY, INC., et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Santana Cline's motion for extension of time to file a reply in support of her motion for reconsideration. (ECF No. 78).

Plaintiff, who is proceeding *pro se*, requests an extension of time to file her reply brief so that she can gather documentation relevant to "newly raised" arguments made in defendants' response to her motion. (ECF No. 78). Plaintiff requests the court extend the time for her to file a reply up to an including July 9, 2018. *Id.* This is plaintiff's first request for extension of time. Good cause appearing, the court will grant the motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for extension of time (ECF No. 78) be, and the same hereby is, GRANTED.

DATED June 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge