UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| SANTANA CLINE, | Case No. 2:15-CV-2115 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ETSY, INC., et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Santana Cline's second motion for extension of time to file a reply in support of her motion for reconsideration. (ECF No. 80).

Plaintiff, who is proceeding *pro se*, requests an extension of time to file her reply brief because certain documents relevant to her reply have taken longer to obtain than expected. (ECF No. 80). Plaintiff requests the court extend the time for her to file a reply up to an including July 30, 2018. *Id.* Good cause appearing, the court will grant the motion. No further extensions of time will be granted.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for extension of time (ECF No. 80) be, and the same hereby is, GRANTED.

DATED July 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**